# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. GORE, SR., ) | |
| Plaintiff, ) | |
| ) | C.A. No. 14-224 Erie |
| v. ) | |
| ) | |
| MILLCREEK TOWNSHIP, ERIE ) | |
| COUNTRY PENNSYLVANIA, et al., ) | |
| Defendants. ) | |

### MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 25, 2014, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on November 2, 2016, recommended that Defendants' motion for summary judgment [ECF No. 24] be granted, and that judgment be entered in favor of Defendants and against Plaintiff on all claims in this case. Service was made on all parties by ECF, and objections were due by November 21, 2016. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 22nd day of November, 2016;
      IT IS HEREBY ORDERED that Defendants' motion for summary judgment

[ECF No. 24] is granted, and that judgment is entered in favor of Defendants and against Plaintiff on all claims in this case.

The report and recommendation of Magistrate Judge Baxter, dated November 2, 2016, is adopted as the opinion of the Court.

*s/Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc/ecf:  Susan Paradise Baxter
U.S. Magistrate Judge

All parties of record